# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

DAVEON MCCULLOUGH

NO. 2019 CW 0991

**SEP 17 2019**

---

In Re: Daveon McCullough, applying for supervisory writs, 20th Judicial District Court, Parish of West Feliciana, No. 19-WCR-313.

---

BEFORE: **WHIPPLE, C.J., GUIDRY AND CRAIN, JJ.**

**WRIT DENIED.** The trial court lacked subject matter jurisdiction. Relator's allegations do not support a claim for habeas relief. See La. Code Crim. P. art. 362. Rather, relator's claims are in the nature of a request for post-conviction relief, which must be filed in the parish of conviction. See La. Code Crim. P. art. 925.

**VGW**
**JMG**

**Crain, J.,** concurs.

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT